JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ALLEN HAMMLER,                          ) Case No. 2:18-cv-09760-JGB (SP)
     Plaintiff,           )
            )
     v.                        )        **JUDGMENT**
ANDREA GREY, et al.,                    )
     Defendants.          )
_____ )

   Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

   IT IS HEREBY ADJUDGED that the Second Amended Complaint and this action are dismissed with prejudice.

Dated: June 28, 2022

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE